**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8151**

TONY LAMONT JONES,

                    Petitioner – Appellant,

          v.

WARDEN C. ZYCH,

                    Respondent - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.  (7:12-cv-00496-SGW-RSB)

Submitted: March 26, 2013          Decided:  March 29, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Lamont Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Lamont Jones, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition and denying his motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Contrary to Jones's assertions in the district court and on appeal, he was not assessed a fine or restitution as part of his federal sentence, and any change in his ability to pay has no impact on his obligation to serve his concurrent sentences of life imprisonment. We conclude that the district court adequately addressed Jones's claims and properly concluded that Jones failed to state a cognizable claim for habeas relief. Accordingly, we affirm[*] substantially for the reasons stated by the district court. Jones v. Zych, Case No. 7:12-cv-00496-SGW-RSB (W.D. Va. Nov. 26 & Dec. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] While the district court denied a certificate of appealability, we conclude that no certificate of appealability is necessary to entertain this appeal, given Jones's status as a federal prisoner. See 28 U.S.C. § 2253(c)(1) (2006).

2